UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

JAN 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

C 10-5727 EMC

### CONDITIONAL TRANSFER ORDER (CTO-63)

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 957 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,</u> the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 13, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1/14/2011
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No. 1871

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

**DIST DIV. C.A.NO.**      **CASE CAPTION**

### CALIFORNIA NORTHERN

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CAN | 3 | 10-05724 | Allabach et al v. Smithkline Beeham Corporation et al |
| CAN | 3 | 10-05726 | Sorensen et al v. SmithKline Beecham Corporation et al |
| CAN | 3 | 10-05727 | Lade et al v. SmithKline Beecham Corporation et al |
| CAN | 3 | 10-05728 | Hunt et al v. SmithKline Beecham Corporation et al |
| CAN | 4 | 10-05729 | Florer et al. v GlaxoSmithKline LLC et al. |

### DISTRICT OF COLUMBIA

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| DC | 1 | 10-02121 | ADAMS v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02126 | CONNOLLY v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02127 | DAVIS v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02128 | DELLO v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02129 | DILLOM v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02130 | DOOLEY v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02131 | DUNAGAN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02132 | DUSZYNSKI v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02133 | EBERLE v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02134 | ESCOBEDO v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02135 | EVANS v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02136 | EVANS v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02137 | COPELAND v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02138 | COOLEY v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02139 | CONLEY v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02140 | COLBERT v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02141 | CLEVELAND v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02142 | CIBOROWSKI v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02143 | CHRISTIAN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02144 | CHRISTENSEN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02145 | CHAVEZ v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02146 | CHANCELLOR v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02151 | CAVINDER v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02152 | CARPENTER v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02153 | CAPARIAN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02154 | CAMERON v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02155 | ABUJABER v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02156 | ADAMS v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02157 | ANDERSON v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02158 | BAKER v. SMITHKLINE BEECHAM CORPORATION |

| DC | 1 | 10-02159 | CALLOWAY v. SMITHKLINE BEECHAM CORPORATION |
|----|---|----------|--------------------------------------------|
| DC | 1 | 10-02160 | CALLOWAY v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02161 | BURTON v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02162 | BROWN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02163 | BOWEN v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02164 | BELLE v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02165 | BEENE v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02166 | BEAM v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02168 | BARNES v. SMITHKLINE BEECHAM CORPORATION |
| DC | 1 | 10-02169 | BALICE v. SMITHKLINE BEECHAM CORPORATION |

FLORIDA SOUTHERN

| FLS | 9 | 10-81235 | Agee v. Smithkline Beecham Corporation |
|-----|---|----------|----------------------------------------|

LOUISIANA EASTERN

| LAE | 2 | 10-04483 | Adams et al Smithkline Beecham Corporation d/b/a GlaxoSmithKline |
|-----|---|----------|------------------------------------------------------------------|

MARYLAND

| MD | 1 | 10-03511 | Turner v. GlaxoSmithKline, LLC et al |
|----|---|----------|---------------------------------------|

NEW JERSEY

| NJ | 2 | 10-06629 | BINETTE-KING v. SMITHKLINE BEECHAM CORPORATION et al |
|----|---|----------|------------------------------------------------------|
| NJ | 2 | 10-06630 | BONANO v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06631 | BONILLA v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06632 | BREMS et al v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06633 | BREWER v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06634 | CANNON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06635 | CHASTAIN v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06636 | CLUGSTON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06638 | COLLINS et al v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06639 | DAGG v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06640 | DAWSON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06642 | DIXON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06643 | DORRIS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06644 | EDWARDS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06645 | EMERSON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06646 | EVANKO v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06648 | EYGABROAD v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06650 | FRANKS, JR. v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06651 | GOLDEN v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06652 | GREEN v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06653 | GURLEY v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06654 | FONZA v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06657 | HARRELL v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06658 | HARRIS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06659 | HENRY v. SMITHKLINE BEECHAM CORPORATION et al |

| | | | |
|---|---|---|---|
| NJ | 2 | 10-06661 | JACKSON v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06662 | JARVILL v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06663 | JONES v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06668 | KATSIKIS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06676 | LEONARDI v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06678 | LUCERO v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06679 | MAHMOOD v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06680 | MARTINEZ v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06681 | MCCOMBS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06682 | MORSE v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06683 | O'BRIEN v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06685 | RACANCOJ v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06695 | RAMOS v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06697 | SHACKELFORD v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06698 | SINGLETARY v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06700 | SMITH v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06701 | SMITH v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06702 | STONE v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06703 | SWEENEY et al v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06704 | SZEWCZUK v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06705 | WANDREI v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06706 | WEBB v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06754 | KINCAID et al v. SMITHKLINE BEECHAM CORPORATION et al |
| NJ | 2 | 10-06755 | JEANLOUIS-PLACIDE v. SMITHKLINE BEECHAM CORPORATION et al |

NEW YORK WESTERN

| | | |
|---|---|---|
| NYW 6 | 10-06699 | Owlett et al v. SmithKline Beecham Corporation |

OHIO NORTHERN

| | | |
|---|---|---|
| OHN 1 | 10-02890 | Teare et al v. GlaxoSmithKline PLC |

PENNSYLVANIA WESTERN

| | | |
|---|---|---|
| PAW 2 | 10-01451 | BREHL et al v. GLAXOSMITHKLINE, PLC. et al |

TEXAS NORTHERN

| | | |
|---|---|---|
| TXN 3 | 10-02460 | Kutis v. SmithKlineBeecham Corporation |

TEXAS SOUTHERN

| | | |
|---|---|---|
| TXS 4 | 10-04850 | Burditt v. SmithKline Beecham Corp |
| TXS 4 | 10-04852 | Bailey v. SmithKline Beecham Corp |
| TXS 4 | 10-04866 | Kent v. SmithKline Beecham Corp |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**RECEIVED**

JAN 1 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-63) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure